IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY TILLIS,

    Plaintiff,                                   No. MISC S-06-0008 MCE KJM

    vs.

OFFICE OF THE INSPECTOR GENERAL

    Respondent.                              ORDER

_____/

        Plaintiff's motion to compel compliance with subpoena to nonparty came on regularly for hearing February 1, 2006. Brooks Beard appeared for plaintiff. Barbara Sheldon appeared specially for the subpoenaed nonparty. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. No later than February 8, 2006, the defendants in the underlying action, <u>Tillis v. Lamarque</u>, No. C 04-03763 SI (N. D. Cal.), may file a response to the joint stipulation regarding the pending discovery dispute.

        2. No later than February 3, 2006, plaintiff shall serve a copy of this order and a copy of the joint stipulation filed January 20, 2006, on defendants in the underlying action and shall file proof of said service.

1         3.  The motion to compel stands submitted.

2 DATED: February 1, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

8 006
tillis.oah

2