IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY TILLIS,

    Plaintiff,                                    No. MISC S-06-0008 MCE KJM

    vs.

OFFICE OF THE INSPECTOR GENERAL

    Respondent.                          <u>ORDER</u>

_____/

        Plaintiff's motion to compel compliance with subpoena to nonparty is pending before the court. Defendants in the underlying action, <u>Tillis v. Lamarque</u>, No. C 04-03763 SI, (N. D. Cal.), have filed a response to the joint stipulation regarding the pending discovery dispute. Upon review of the documents in support and opposition, upon having heard the arguments of counsel at oral argument, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        The motion to compel compliance with third party subpoena is granted. Documents responsive to the subpoena shall be produced, for copying and inspection, within fourteen days. Documents produced as provided by this order shall be subject to the protective order previously entered in the Northern District action. The parties in the Northern District action shall provide advance notification to the subpoenaed nonparty, Office of the Inspector

1 General, if any of the produced documents will be introduced at trial.

2 DATED: March 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

8  006
   tillis2.oah